AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida  ▼

| | | |
|---|---|---|
| Rosemarie Munro | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26-cv-3534 |
| Pfizer Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Rosemarie Munro                                                                                         .

Date:     04/20/2026

/s/ Michael Hochman
*Attorney's signature*

Michael Hochman
*Printed name and bar number*

The ClaimBridge, PLLC.
5411 McPherson Rd, Suite 110
Laredo, TX 78041
*Address*

mike@theclaimbridge.com
*E-mail address*

(956) 763-2616
*Telephone number*

(956) 368-1343
*FAX number*